# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**GOLF COURSE ESTATES PROPERTY**
**OWNERS ASSOCIATION AND CREE**
**MEADOWS COUNTRY CLUB, INC.,**

Plaintiff-Appellees,

v.                                                                               **NO. 29,102**

**VERNE JONES AND RANDY JONES,**

Defendant-Appellants.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**Karen L. Parsons, District Judge**

Charles E. Hawthorne, Esq.
Ruidoso, NM

for Appellees

Adam D. Rafkin, Esq.
Ruidoso, NM

for Appellants

## MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed,

and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:

_____
**LINDA M. VANZI, Judge**

_____
**TIMOTHY L. GARCIA, Judge**